## LONG *v.* MITCHELL ET AL.

[No. 12,311.    Filed April 9, 1925.]

APPEAL.—*Ruling on demurrer not presented for review when pleading not set out in appellant's brief.*—No question is presented as to a ruling on demurrer when appellant has not set out any pleadings in his brief.

From Owen Circuit Court; *Herbert A. Rundell,* Judge.

Action by Amanda E. Long against William Mitchell and another. From a judgment for defendants, the plaintiff appeals. *Affirmed.*

*Slinkard & Slinkard,* for appellant.

*Rawley & Baumunk, James L. Burns* and *Hickam & Hickam,* for appellees.

NICHOLS, J.—This is an appeal from a judgment in favor of appellee on appellant's demurrer to appellee's plea in abatement.

Appellant has failed to set out any pleadings in her brief. Appellee has called her attention to this defect, but she has failed to take any steps to amend. Nothing is presented.

Affirmed.